UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM CURRY, JR., <br><br> Plaintiff, <br><br> v. <br><br> WALTER WEINBERG and DREW SUM, <br><br> Defendants. | No. C11-5019 RBL/KLS <br><br> ORDER GRANTING INFORMA PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. ECF No. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this  25th  day of January, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1