UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM CURRY, JR., <br><br> Plaintiff, <br><br> v. <br><br> WALTER WEINBERG and DREW SUM, <br><br> Defendants. | NO. C11-5019 RBL/KLS <br><br> ORDER OF DISMISSAL AND CONSENT JUDGMENT |

Based on the stipulation of the parties, it is **HEREBY ORDERED**: (1) that a stipulated judgment is entered in favor of Plaintiff William Curry, Jr. and against Defendants Walter Weinberg and Drew Sum in the amount of $1,500.00; (2) that Plaintiff Curry's claims are dismissed with prejudice; (3) that neither Defendants nor Plaintiff Curry shall recover costs or interest herein; (4) that payment of the judgment amount shall be made to the Court's Registry; and (5) that upon receipt of payment, the Court shall enter a satisfaction of judgment on Plaintiff Curry's behalf.

**DATED** this ____ day of September, 2011.

_____
Ronald B. Leighton
United States District Judge

Recommended for Entry:

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER OF DISMISSAL AND CONSENT JUDGMENT         1